UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, AND ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, <br><br>Plaintiffs, <br><br>v. <br><br>INNOVO MANAGEMENT LLC, 59 PAIN & REHABILITATION CENTER, INC., 290 PAIN & REHABILITATION, INC., YOUNG AN, M.D., BREEZE MRI LLC, ROBERT CASIMIR, D.O., CXR INVESTMENTS LLC, HETANSH INVESTMENTS, INC. D/B/A HRX INVESTMENTS, THAO T. HUYNH, D.C., INNOVO PHYSICIAN SERVICES PLLC, LAURA TRAN LE, D.C., RAVI PATEL, AND DEEPAK SHARMA, <br><br>Defendants. | C.A. No.: 4:25-cv-00368 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate County Mutual Insurance Company (collectively, "Allstate"), hereby voluntarily dismiss Defendants **Innovo Physician Services PLLC, Robert Casimir, D.O.,** and **Young An, M.D.,** from Allstate's Complaint (ECF No. 1), with prejudice.

1

Respectfully submitted,

Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company,*
*Allstate Fire and Casualty Insurance Company, and*
*Allstate County Mutual Insurance Company*
By Their Attorney:

_____
Douglas McInnis (3876577)

Dated: March 17th, 2025

## CERTIFICATE OF SERVICE

I, Douglas D. McInnis, hereby certify that on March 17, 2025, I served copies of the Plaintiffs' Notice of Dismissal with prejudice as to **Innovo Physician Services PLLC, Robert Casimir, D.O.,** and **Young An, M.D.** upon the following with hard copies via U.S. Mail:

| | |
|---|---|
| Michael S. Burg<br>Law Office of Michael S. Burg<br>1838 Snake River Road, Suite F<br>Katy, TX 77449<br><br>Attorney for:<br>**Innovo Physician Services PLLC**<br>**Robert Casimir, D.O.**<br>**Young An, M.D.** | Scott Nichols<br>Nichols Weitzner Thomas LLP<br>2402 Dunlavey Street, Suite 2000<br>Houston, Texas 77006<br><br>Attorney for:<br>**Breeze MRI LLC**<br>**CXR Investments LLC**<br>**Deepak Sharma**<br>**Hetansh Investments, Inc. d/b/a HRX Investments**<br>**Innovo Management LLC**<br>**Ravi Patel** |
| Jason Davis<br>Davis & Santos, PLLC<br>719 S. Flores Street<br>San Antonio, Texas 78204<br><br>Attorney for:<br>**59 Pain & Rehabilitation Center, Inc.**<br>**290 Pain & Rehabilitation, Inc.**<br>**Thao T. Huynh, D.C.**<br>**Laura Tran Le, D.C.** | |

Date: March 17, 2025

/s/ Douglas D. McInnis
_____
Douglas D. McInnis